IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-cv-01391-CMA-KMT

LAWRENCE OWINGS,

    Plaintiff,

v.

NABORS DRILLING USA, LP,

    Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

Pursuant to the parties' Joint Motion to Dismiss with Prejudice (Doc. 10), filed August 21, 2015, it is

ORDERED that the above action is dismissed in its entirety with prejudice to refiling, with each party to bear its own costs and attorneys' fees.

DATED: August 21, 2015

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge